670 A.2d 1054

IN THE MATTER OF PETER J. TOTH, AN ATTORNEY AT LAW.

February 15, 1996.

### CORRECTED ORDER

The Disciplinary Review Board having recommended to the Court that **PETER J. TOTH** of **BURLINGTON**, who was admitted to the bar of this State in 1976, be temporarily suspended from practice for failure to satisfy certain fee arbitration awards and to pay a monetary sanction imposed by the Disciplinary Review

Board, and **PETER J. TOTH** having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that **PETER J. TOTH** is hereby temporarily suspended from the practice of law until he satisfies the awards of the District IIIB Fee Arbitration Committee, in Docket Nos. IIIB–94–79F, IIIB–95–33F and IIIB–95–39F and pays a sanction in the amount of $500 to the Disciplinary Oversight Committee, effective immediately, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20.